UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SUSAN COMPETELLO, *on behalf of herself and all*   :
*others similarly situated*,                        :
:
                              Plaintiff,   :   24-CV-6377 (JMF)
:
     -v-                                  :   <u>ORDER</u>
:
MUD PIE, LLC,                                       :
:
                              Defendant.   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

       SO ORDERED.

Dated: August 27, 2024
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge